Alan I. White, State Bar No. 49858
awhite@aldrichandbonnefin.com
Timothy A. Lambirth, State Bar No. 84418
tlambirth@aldrichandbonnefin.com
ALDRICH & BONNEFIN, P.L.C.
18500 Von Karman Avenue, Suite 300
Irvine, California 92612
Telephone: (949) 474-1944
Facsimile: (949) 474-0617

Attorneys for Defendant
DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED AUG 23 2006
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| PAULSEN, GEORGE F.; PAULSEN, LINDA L., <br><br> Plaintiffs, <br><br> vs. <br><br> MORTGAGE MARKETING, INC., a California corporation a.k.a. Orion Escrow, Pacific Mortgage, Pacific Mortgage Direct, Trillion Properties; DOWNEY SAVINGS & LOAN ASSOCIATION, F.A.; FRED JOHN VANDERHORST, an individual; SHALEEN ISON, an individual; DOES 1 through 250, inclusive, <br><br> Defendants. | Case No. EDCV06-0706 VAP (OPx) <br><br> **STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

DOCKETED ON CM
AUG 23 2006

It is hereby stipulated by and between the parties hereto through their undersigned attorneys of record as follows:

1. The Complaint was filed on July 5, 2006;

2. The Complaint was served on Defendant Downey Savings and Loan Association, F.A. on July 14, 2006;

3. There has been one prior extension of time granted, with the Response now due August 18, 2006. Defendant Downey Savings and Loan Association, F.A. has requested and Plaintiff has agreed to one further extension to August 23, 2006;

---
STIP AND ORDER RE EXT. OF TIME TO RESPOND TO COMPLAINT

G:\LIT\LITFILES\5342-20606\PLEADINGS\Stip and Order Re Extension of Time -2.doc

4. Defendant Downey Savings and Loan Association, F.A. shall have to and including August 23, 2006 to file and serve its response to the Complaint.

Dated: August 18, 2006        ALDRICH & BONNEFIN, P.L.C.

By: _____
Alan I. White
Timothy A. Lambirth
Attorneys for Defendant
DOWNEY SAVINGS AND LOAN
ASSOCIATION, F.A.

Dated: August 18, 2006        LAW OFFICES OF ROBERT B. MOBASSERI, PC

By: _____
Amy L. Hajduk
Attorneys for Plaintiffs
GEORGE F. PAULSEN; LINDA L. PAULSEN

ALDRICH & BONNEFIN
Professional Law Corporation

2
STIP AND ORDER RE EXT. OF TIME TO RESPOND TO COMPLAINT
G:\LIT\LITFILES\5342-20606\PLEADINGS\Stip and Order Re Extension of Time -2 .doc

08/18/2006 FRI 15:09 [TX/RX NO 7869]

1  **ORDER**

2  It is so ordered; Defendant Downey Savings and Loan Association, F.A. shall have
3  to and including August 23, 2006, to file and serve its response to the Complaint.

4

5  Dated: Aug 22 2006        By: /s/ Virginia L. M_____
                                  United States District Court
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I, the undersigned, declare as follow:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 18500 Von Karman Avenue, Suite 300, Irvine, California 92612.

On August 21, 2006, I served the forgoing document(s) described as: **STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT**, on the interested parties in this action as stated below:

Amy L. Hajduk
Law Offices of Robert B. Mobasseri, P.C.
445 South Figueroa Street, 27th Floor
Los Angeles, CA 90071

[X] **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 21, 2006, at Irvine, California.

Saloni Patel
(Type or print name)                    (Signature)