1  FREDRIC W. TRESTER, State Bar No. 96226
   THOMAS Y. LUCERO, State Bar No. 94308
2  MANNING & MARDER KASS, ELLROD, RAMIREZ LLP
   660 S. Figueroa St., 23rd Floor
3  Los Angeles, CA 90017
   Telephone: (213) 624-6900
4  tyl@mmker.com

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Attorneys for Defendants, MORTGAGE MARKETING, INC. a California corporation, a.k.a. Orion
5  Escrow, Pacific Mortgage, Pacific Mortgage California, Pacific Mortgage Direct, Trillion
   Properties; FRED JOHN VANDERHORST, an individual and SHALEEN ISON, an individual

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| GEORGE F. PAULSEN; LINDA L. PAULSEN, <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>MORTGAGE MARKETING, INC., a California corporation a.k.a. Orion Escrow, Pacific Mortgage, Pacific Mortgage California, Pacific Mortgage Direct, Trillion Properties; DOWNEY SAVINGS & LOAN ASSOCIATION, F.A.; FRED JOHN VANDERHORST, an individual; SHALEEN ISON, an individual; DOES 1 through 250, inclusive, <br><br>　　　　　Defendants. | Civil Action No.: EDCV 060706VAP (OPx) <br><br>**Action filed: July 5, 2006** <br>**JUDGE:** Virginia A. Phillips <br>**DEPT.:** Rm 134, Riverside <br><br>**STIPULATION** |

This is a Stipulation between all plaintiffs GEORGE F. PAULSEN and LINDA L. PAULSEN on the one hand and on the other defendants (i) MORTGAGE MARKETING, INC., (ii) FRED JOHN VANDERHORST, and (iii) SHALEEN ISON, through the parties' attorneys, regarding the stipulating defendants' response to the Complaint in this action.

This stipulation is based on the following facts:

1.  The Complaint was filed in this action on or about June 30, 2006 and was served upon different defendants on different dates in July.

2.  Plaintiffs have sought entry of default against defendant MORTGAGE MARKETING, INC.

-1-

**STIPULATION**

3. The stipulating defendants retained counsel relating to this litigation approximately one week before this Stipulation, so that counsel's investigation of the facts has only recently commenced.

4. The parties believe that the action will be more efficiently and fairly litigated and resolved if the stipulating defendants, including MORTGAGE MARKETING, INC., have additional time to file an Answer to the Complaint, including because the stipulating defendants are represented by the same counsel, defendants share substantial factual information relating to the issues, and among the defendants there are responses and defenses in common to the Complaint.

Now therefore, for the reasons stated, the parties through their respective attorneys stipulate to a reasonable time for the stipulating defendants' Answer to the Complaint, that is, on or before September 8, 2006.

Dated: August 23, 2006

LAW OFFICES OF ROBERT B. MOBASSERI, PC

By: _____
Robert B. Mobasseri, Esq.
Amy Hajduk, Esq.
Attorney for Plaintiffs, GEORGE F. PAULSEN AND LINDA L. PAULSEN

Dated: August 22, 2006

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: _____
FREDRIC W. TRESTER
THOMAS Y. LUCERO
Attorneys for Defendants, MORTGAGE MARKETING, INC. a California corporation a.k.a. Orion Escrow, Pacific Mortgage, Pacific Mortgage California, Pacific Mortgage Direct, Trillion Properties; FRED JOHN VANDERHORST, an individual and SHALEEN ISON, an individual

-2-

STIPULATION

## ORDER

The Court having reviewed the stipulation of counsel and good cause appearing therefor:

1. Any default against defendant Mortgage Marketing, Inc. is vacated and there shall be no default against defendant Mortgage Marketing, Inc. before September 8, 2006; and

2. Defendants (i) Mortgage Marketing, Inc., (ii) Fred John Vanderhorst and (iii) Shaleen Ison have until September 8, 2006 to file an Answer to the Complaint.

DATED: Aug 24 2006

_____
JUDGE/MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 660 S. Figueroa Street, 23rd Floor, Los Angeles, California 90017.

On August 23, 2006, I served the document described as **STIPULATION** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

> Robert B. Mobasseri, Esq.
> Amy L. Hajduk, Esq.
> Law Offices of Robert B. Mobasseri, PC
> 445 S. Figueroa St., 27th Floor
> Los Angeles, CA 90071
> (213) 612-7701; FAX: (213) 612-7781
> Attorneys for Plaintiffs George F. & Linda L. Paulsen

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard _____ overnight delivery procedures.

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number: .

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☒ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on August 23, 2006 at Los Angeles, California.

_/s/ Susana M. Tello_
SUSANA M. TELLO