Robert B. Mobasseri (SBN 193193)
robert@lawyer.com
Amy L. Hajduk (SBN 230211)
hajduk777@gmail.com
Law Offices of Robert B. Mobasseri, PC
445 S. Figueroa Street, 27th Floor
Los Angeles, CA 90071
Tel: 213-612-7701
Fax: 213-612-7781
Attorneys for Plaintiffs George F. Paulsen;
Linda L. Paulsen

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| GEORGE F. PAULSEN; LINDA L. PAULSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> MORTGAGE MARKETING, INC., a California corporation a.k.a. Orion Escrow, Pacific Mortgage, Pacific Mortgage California, Pacific Mortgage Direct, Trillion Properties; DOWNEY SAVINGS & LOAN ASSOCIATION, F.A.; FRED JOHN VANDERHORST, an individual; SHALEEN ISON, an individual; DOES 1 through 250, inclusive, <br><br> Defendants. | Case No.: EDCV06-0706 VAP(OPx) <br><br> REQUEST FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER |

///

///

1

REQUEST FOR DISMISSAL WITHOUT PREJUDICE

Plaintiffs George F. Paulsen and Linda L. Paulsen hereby request dismissal without prejudice of the entire complaint and all causes of action only as to Defendant Downey Savings & Loan Association, F.A.

Dated: October 11, 2006          LAW OFFICES OF ROBERT B. MOBASSERI, PC

_____
Amy L. Hajduk
Attorney for Plaintiffs
George F. Paulsen; Linda L. Paulsen

## ORDER

IT IS HEREBY ORDERED that Defendant Downey Savings & Loan Association, F.A. be and is dismissed from this action without prejudice.

SO ORDERED.

Dated: 10/17/06

_____
Virginia A. Phillips
United States District Court

**PROOF OF SERVICE**

I, Jennifer D. Maspero, declare as follows:

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 445 South Figueroa Street, 27th Floor, Los Angeles, California, 90071.

On October 11, 2006, I served the within REQUEST FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER on the interested parties in the within action, as follows:

SEE ATTACHED SERVICE LIST

☑ BY MAIL: By placing a true copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepaid, mailed first-class in the United States mail, at Los Angeles, California. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited in the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit. C.C.P. 1013(a)

☐ BY OVERNIGHT COURIER: I placed the above-referenced documents in an envelope for collection and delivery on this date in accordance with standard overnight delivery procedures.

☐ BY FAX: I transmitted a copy of the foregoing document(s) on this date via facsimile to the fax numbers shown herein. The facsimile machine I used was in compliance with Rule 2003(3) and the transmission was reported as complete and without error. A copy of the transmission report was properly issued by the transmitting facsimile machine.

☐ STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing it true and correct.

☑ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

Executed on October 11, 2006 Los Angeles, California.

Jennifer D. Maspero

REQUEST FOR DISMISSAL WITHOUT PREJUDICE

SERVICE LIST
EDCV06-0706 VAP(OPx)

| | |
|---|---|
| Thomas Y. Lucero<br>Manning & Marder, Kass, Ellrod, Ramirez<br>15th Floor at 801 Tower<br>801 South Figueroa Street<br>Los Angeles, California 90017 | Attorneys for Mortgage Marketing, Inc.,<br>Shaleen Ison, Fred John Vanderhorst<br><br>Fax: 213-624-6999 |
| Alan I. White<br>Aldrich & Bonnefin<br>18500 Von Karman Avenue, Suite 300<br>Irvine, California 92612 | Attorneys for Downey Savings & Loan<br>Association, F.A.<br><br>Fax: 949-474-0617 |