1  Robert B. Mobasseri, Esq.; SBN: 193193
   **LAW OFFICES OF ROBERT B. MOBASSERI, PC**
2  445 South Figueroa Street, 27th Floor
   Los Angeles, California 90071
3  Tel: (213) 612-7701  Fax: (213) 612-7781

4
   **Attorney for Plaintiffs**
5  **GEORGE & LINDA PAULSEN**

6
               UNITED STATES DISTRICT COURT
7
               CENTRAL DISTRICT OF CALIFORNIA
8

9  GEORGE PAULSEN; LINDA           )  CASE NO. EDCV06-0706 (FFM)
10 PAULSEN                         )
                                   )  **STIPULATION FOR DISMISSAL**
11                                 )  **WITH PREJUDICE;**
                Plaintiff          )  ~~[PROPOSED]~~ **ORDER**
12                                 )
                                   )  Complaint Filed:   7/5/2006
13                                 )  ~~Judge:~~   ~~Hon. Frederick F. Mumm~~
                                   )
14 MORTGAGE MARKETING, INC. Et al. )
                                   )
15              Defendants.        )
                                   )
16 _____)

17     WHEREAS on or about July 5, 2007, plaintiffs GEORGE & LINDA

18 PAULSEN (hereafter "Plaintiffs") filed a complaint and thereafter a First

19 Amended Complaint for 1. Violation of Truth in Lending Act (15 U.S.C. §1601 *et*

20 *Seq.*); 2. Violation of Real Estate Settlement Procedure Act (12 U.S.C. §2601 *et*

21 *Seq.*); 3. Breach of Fiduciary Duty; 4. Construction Fraud; 5. Negligence; 6.

22 Negligence per Se; and 7. Intentional Infliction of Emotional Distress, against

23 Mortgage Marketing Inc., Fred Vanderhorst, an individual, Shaleen Ison, an

24 individual and Downey Savings and Loan Association (hereafter "Defendants").

25 //

26 //

27                                              1

28  STIPULATION FOR DISMISSAL WITH PREJUDICE; ~~[PROPOSED]~~ ORDER

*Stamps: FILED CLERK, U.S. DISTRICT COURT JUL 30 2007 CENTRAL DISTRICT OF CALIFORNIA; ENTERED CLERK, U.S. DISTRICT COURT JUL 31 2007; Priority, Send, Enter, Closed, JS-5/JS-6, JS-2/JS-3, Scan Only; THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d); Docketed, Copies / NTC Sent, JS-5/JS-6, JS-2/JS-3, CLSD; ENTERED ON CM JUL 31 2007; LODGED 2007 JUL 27*

Thereafter, Downey Savings and Loan Association was dismissed from the action through a Demurrer motion brought and granted by this Court.

WHEREAS, Plaintiffs and Defendants have entered into a settlement of the entire action.

Now, therefore, Plaintiffs and the remaining Defendants Mortgage Marketing Inc., Fred Vanderhorst, an individual and Shaleen Ison, an individual by and through their respective attorneys of record, hereby stipulate to a dismissal with Prejudice of the Action.

Dated: July 25, 2007     LAW OFFICES OF ROBERT MOBASSERI, P.C.

By: _____
Robert B. Mobasseri
Attorney for Plaintiffs

Dated: July 26, 2007     MANNING, MARDER, KASS, ELLROD, RAMIREZ LLP

By: _____
Thomas Y. Lucero
Attorney for Defendants

2

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

## ORDER

IT IS HEREBY ORDERED THAT:

The case known as George Paulsen; Linda Paulsen V. Mortgage Marketing, Inc. Et al, EDCV06-0706 (FFM) is hereby dismissed with prejudice.

DATED: 7/30/07

Judge Frederick F. Mumm
United States Magistrate Judge

-1-

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 801 South Figueroa Street, 15th Floor, Los Angeles, California 90017.

On **July 26, 2007**, I served the document described as STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☐ I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California.

☐ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard _____ overnight delivery procedures.

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number: .

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☒ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on **July 26, 2007**, at Los Angeles, California.

_____
SUSANA M. TELLO

1. Robert B. Mobasseri, Esq.
   Amy L. Hajduk, Esq.
2. Law Offices of Robert B. Mobasseri, PC
   445 S. Figueroa St., 27th Floor
3. Los Angeles, CA 90071
   (213) 612-7701; FAX: (213) 612-7781
4. Attorneys for Plaintiffs George F. & Linda L. Paulsen

5.

6. Alan I. White, Esq.
   Timothy A. Lambirth, Esq.
   Aldrich & Bonnefin, P.L.C.
7. 18500 Von Karman Avenue
   Suite 300
8. Irvine, California 92612
   (949) 474-1944; (949) 474-0617 Fax
9. Attorney for Defendants Downey Savings & Loan Association, F.A.
   awhite@aldrichandbonnefin.com
10. tlambirth@aldrichandbonnefin.com

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.

G:\docsdata\Fwt\Paulsen\Pleadings\POS